IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JAMES THURMAN DAUGHTIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CV 325-089 |
| ) | |
| WARDEN ANDREW MCFARLAND; ) | |
| PRISON CHAPLAIN/RELIGIOUS ) | |
| SERVICES COORDINATOR; GEORGIA ) | |
| DEPARTMENT OF CORRECTIONS; and ) | |
| ANY OTHER IMPLICATED OFFICIALS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 15th day of December, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE